**United States Court of Appeals for the Second Circuit**
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

| | |
|---|---|
| **ROBERT A. KATZMANN**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |
| Date: April 19, 2019 | Agency #: 84-11420 |
| Docket #: 19-1042 | Agency: Environmental Protection Agency |
| Short Title: Labor Council for Latin Americ v. United States Environmental Pr | |

### SERVICE FOR PETITION FOR REVIEW

Pursuant to FRAP 15(c) you are hereby served with the enclosed petition for review of the United States Environmental Protection Agency order in the above-entitled case that was filed in this court on March 27, 2019.

A copy of the petition is enclosed herewith.

Inquiries regarding this case may be directed to 212-857-8527.